**Order entered June 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00778-CV

## IN RE CYNTHIA PARKER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02558-A**

## ORDER
Before Justices Lang-Miers, Whitehill and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     BILL WHITEHILL
           JUSTICE